ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA   93257

(559) 784-4934   Telephone
(559) 784-3431   Facsimile

Attorneys for Plaintiff


UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| ROBERT S. DIANA, | CASE NO: 1:05-CV-0959 SMS |
| Plaintiff, | |
| vs | STIPULATION and ORDER to EXTEND TIME |
| COMMISSIONER of SOCIAL SECURITY, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for filing Plaintiff's Opening Brief be extended from March 16, 2006 to April 15, 2006.


/ / / / /                                                                                                              \ \ \ \ \

/ / / / /                                                                                                              \ \ \ \ \

This is the Plaintiff's first request for an extension of time in this case. The Plaintiff needs more time to prepare the Opening Brief.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Robert D. Christenson |
| Dated:  March 9, 2006 | ROBERT D. CHRISTENSON<br>Attorney for Plaintiff |
|  |  |
| Dated:  ____3/9/06____ | **McGREGOR W. SCOTT**<br>United States Attorney |
|  | /s/ Kristi C. Kapetan/sjm |
|  | **KRISTI C. KAPETAN**<br>Assistant U.S. Attorney |

**IT IS SO ORDERED**.

Date: 3/13/2006              /s/ Sandra M. Snyder
                   The **HONORABLE SANDRA M. SNYDER**
                      United States Magistrate Judge