1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4036
5  Fax No: (559) 497-4099
   Attorneys for Defendant
6

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10 ROBERT S. DIANA,              )    1:05-cv-00959 SMS
                                 )
11              Plaintiff,       )    STIPULATION AND
                                 )    ORDER TO EXTEND
12         v.                    )    TIME
                                 )
13 JO ANNE B. BARNHART,          )
   Commissioner of Social        )
14 Security,                     )
                                 )
15              Defendant.       )
   _____)
16

17      The parties, through their respective counsel, stipulate that

18 the time for filing defendant's opposition to plaintiff's opening

19 brief be extended from May 16, 2006 to June 7, 2006.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

This is defendant's first request for an extension of time to file a response to plaintiff's opening brief. Defendant needs the additional time to further review the file and prepare a response in this matter.

                                        Respectfully submitted,

Dated: May 16, 2006        /s/ Robert D. Christenson
                                   (As authorized via facsimile)
                                   ROBERT D. CHRISTENSON
                                   Attorney for Plaintiff

Dated: May 16, 2006        McGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ Kristi C. Kapetan
                                   KRISTI C. KAPETAN
                                   Assistant U.S. Attorney

**IT IS SO ORDERED:**

Dated: 5/23/2006            /s/ Sandra M. Snyder
                                   THE HONORABLE SANDRA M. SNYDER
                                   United States Magistrate Judge