UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT S. DIANA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>　　Defendant. | Case No. 1:05-cv-00959 JMD<br><br>ORDER AWARDING EQUAL ACCESS TO<br>JUSTICE ACT ATTORNEY FEES<br>PURSUANT TO 28 U.S.C. § 2412(d) |

　　Pursuant to the stipulation filed by the parties on October 1, 2007, Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of ONE THOUSAND THREE HUNDRED EIGHTY THREE DOLLARS AND TWENTY CENTS ($1,383.20). This amount represents compensation for legal services rendered on behalf of Plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:   February 12, 2009　　　　　　　　　/s/ John M. Dixon
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE